IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SIENEMAH T. GAYE,<br>    Petitioner<br><br>    v.<br><br>WARDEN R. THOMPSON,<br>    Respondent | :<br>:<br>:    No. 1:23-cv-00099<br>:<br>:    (Judge Kane)<br>:<br>:<br>: |

**ORDER**

**AND NOW**, on this 7th day of June 2023, upon consideration of pro se Petitioner Sienemah T. Gaye ("Petitioner")'s petition for a writ of habeas corpus filed pursuant to the provisions of 28 U.S.C. § 2241, and for the reasons set forth in the accompanying Memorandum,

**IT IS ORDERED THAT**:

1. Petitioner's petition (Doc. No. 1) is **DISMISSED WITHOUT PREJUDICE as moot**; and

2. The Clerk of Court is directed to **CLOSE** this case.

                                              s/ Yvette Kane
                                              Yvette Kane, District Judge
                                              United States District Court
                                              Middle District of Pennsylvania